**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| RHODA BIRDLOW, | ) CASE NO. 16-07487-JMC-13 |
| | ) |
| Debtor(s). | ) |

## REPORT OF SALE

The Debtor hereby files a Report of Sale pursuant to Fed.R.Bankr.P. 6004(f)(1) and S.D.Ind. B-6004:

| | |
|---|---|
| Property sold: | 3318 South Westminster Way Bloomington, IN 47401, Monroe County Parcel Number:53-01-51-490-000.000-009, Legal Description 015-14900-00 SHERWOOD GREEN PH 2 SEC 1 UNIT 69 |
| Sale Price: | $146,250.00 |
| Purchaser: | Monica Mitchell |

Respectfully submitted,

 /s/ Joseph A. Ross
Joseph A. Ross, Attorney No. 20345-47
Attorney for Debtor(s)
1451 West Arlington Road
Bloomington, IN 47404
Ph. 812.339.3440
Fax 812.323.7677
ECF Email: RossFiling@RossLawOffice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2022 a copy of the foregoing was sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

U.S. Trustee Email: USTP.Region10@usdoj.gov
John Hauber Email: ecfmail@hauber13.com
Richard Wayne Greeson for M Doed LLC, Email: wgreeson@greesonlaw.com

I further certify that on December 9, 2022 a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the person(s) below or on the list attached hereto.

Signed        /s/ Joseph A. Ross