**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Rhoda June Birdlow | )  CASE NUMBER: 16-07487-JMC-13 |
| | ) |
| DEBTOR | ) |

## NOTICE OF PLAN COMPLETION

The Chapter 13 Trustee hereby certifies that the Debtor has completed all payments under the confirmed Chapter 13 plan.

If the Debtor is eligilble for a discharge, the Debtor is now required to file a Motion for Entry of Chapter 13 Discharge and Debtor's Certification of Eligibility on the Court's form. Those forms are available at http://www.insb.uscourts.gov under Forms/Local/Chapter 13. (If applicable, the debtor(s) must also send notice of the filing of the Certification of Eligibility to any holder of a domestic support obligation.)

**FAILURE TO FILE THE MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE WITHIN 30 DAYS AFTER THE FILING OF THIS NOTICE MAY RESULT IN THE CLOSING OF THE CASE WITHOUT A DISCHARGE.**

/s/ John M. Hauber
John M. Hauber

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, January 30, 2023, a copy of the foregoing Notice of Plan Completion was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. The part/parties may access this filing through the Court's system.

> US Trustee
> ustpregion10.in.ecf@usdoj.gov
>
> JOSEPH A ROSS
> rossfiling@RossLawOffice.com

I further certify that on Monday, January 30, 2023, a copy of the foregoing Notice of Plan Completion was mailed by US First-Class mail, postage prepaid and properly addressed to the following:

Rhoda June Birdlow
9487 Bay Vista W Drive
Indianapolis, IN, 46250

> /s/ John M. Hauber
> John M. Hauber, Trustee